Timothy J. Donahue – SBN 110501
**Law Offices of Timothy J. Donahue**
374 S. Glassell Street
Orange, CA 92866
Tel: (714) 289-2445/Fax: (714) 289-2450
Email: tdonahue@attorneydonahue.com

James M. Trush, Esq. – SBN 140088
**Trush Law Office, APC**
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187
Tel: (714) 384-6390/Fax: (714) 384-6391
Email: jim@trushlaw.com

Attorneys for Plaintiff, MARIA TRUJILLO, and Members of the General Public, Similarly Situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARIA TRUJILLO, and Members of the General Public, Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NYLOK LLC, NYLOK COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV13-01637 AG (DFMx)<br>Courtroom: 10-D<br>Hon. Andrew J. Guilford, Judge<br>ORDER ON<br>**CLASS ACTION**<br><br>**DISMISSAL OF ACTION**<br><br><br>**State Court Complaint: 08/12/13**<br>**Federal Removal Date: 10/18/13** |

1

DISMISSAL OF ACTION

1  Upon considering the stipulation for voluntary dismissal submitted by the
2  parties and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the
3  Court hereby dismisses all individual claims of Maria Trujillo with prejudice; and
4  the Court hereby dismisses all of the claims of any absent putative Class Members
5  without prejudice.
6  IT IS SO ORDERED.
7
8  DATED: 5/6/2015

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

WTLA\MSOffice\Trujillo v. Nylok LLC\Pleadings\Dismissal of Action_05-05-15.doc

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 695 Town Center Drive, Suite 700, Costa Mesa, California. On May 6, 2015, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:    DISMISSAL OF ACTION

SERVED UPON:    **SEE ATTACHED SERVICE LIST**

☒ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of **Trush Law Office, APC** for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit;

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by **DDS Attorney Service** to receive documents to be delivered on the same date. A proof of service signed by the authorized courier is available upon request.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the practice of **Trush Law Office, APC** for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery)

☐ (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(I), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is maintained at **Trush Law Office, APC**, and is available upon request.

☐ (BY ELECTRONIC MAIL) The above-referenced document was transmitted by electronic mail transmission to the electronic mail address last provided me by the person(s) shown on the accompanying Service List, and I hereby attest that no information was received by sender indicating that the electronic mail transmission was undeliverable.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before the Federal Courts.

Executed on May 6, 2015, at Costa Mesa, California.

_____
LILY COFFIN

**SERVICE LIST**
**Trujillo v. Nylok LLC**
**USDC/Central Dist./Southern Div./#SACV13-01637 AG (DFMx)**

| | |
|---|---|
| Rowena G. Santos<br>Thompson Coburn LLP<br>2029 Century Park East, 19th Floor<br>Los Angeles, CA 90067<br>Tel: 310-282-2500/Fax 310-282-2501<br>rsantos@thompsoncoburn.com | Attorney for Defendant: NYLOK LLC |
| Laura M. Jordan (Pro Hac Vice)<br>Thompson Coburn LLP<br>One US Bank Plaza<br>St. Louis, MO 63101<br>Tel: 314-552-6469/Fax: 314-552-7469<br>ljordan@thompsoncoburn.com | Attorney for Defendant: NYLOK LLC |
| Timothy J. Donahue<br>Law Offices of Timothy J. Donahue<br>374 S. Glassell Street<br>Orange, CA 92866<br>Tel: (714) 289-2445/Fax: (714) 289-2450<br>Email: tdonahue@attorneydonahue.com | Associate Counsel for Plaintiff: MARIA TRUJILLO and Members of the General Public Similarly Situated |

rev. 05/23/14 jk

M:\Trujillo v. Nylok LLC\Pleadings\POS-Stip for Voluntary Dismissal_05-05-15.doc